IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:11-CV-51-RLV-DCK

INTERSTATE EQUIPMENT CO.,

    Plaintiff,

v.

ESCO CORP.,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Natalma M. McKnew, filed May 9, 2011. Ms. McKnew seeks to appear as counsel *pro hac vice* for Defendant ESCO Corp.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. McKnew is admitted to appear before this court *pro hac vice* on behalf of Defendant ESCO Corp.

Signed: May 9, 2011

David C. Keesler
United States Magistrate Judge